IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE FENN, #212548               ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.                                            ) | CASE NO. 2:04-CV-1227-WKW |
| ) | (WO) |
| MARSHALL WILLIAMS, *et al.,*     ) | |
| ) | |
| Defendants.            ) | |

| | |
|---|---|
| RONNIE FENN, #212548               ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.                                            ) | CASE NO. 2:05-CV-14-WKW |
| ) | (WO) |
| MARSHALL WILLIAMS, *et al.,*     ) | |
| ) | |
| Defendants.            ) | |

**O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered herein on September 14, 2006, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)   The Recommendation (Doc. # 46) is ADOPTED;

(2)   This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action properly and to comply with the orders of this court.

An appropriate judgment shall be entered.

DONE this 5th day of October, 2006.

                                          /s/  W.  Keith  Watkins
                                UNITED STATES DISTRICT JUDGE